No. 3,121.—EVA JOKI, RESPONDENT, *v.* NORTHWESTERN IMPROVEMENT CO. ET AL., APPELLANTS.

*Appeal from District Court, Silver Bow County; J. J. Lynch, Judge.*

Decided January 20, 1915.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed in accordance with stipulation of counsel on file herein.

*Mr. Jesse B. Roote* and *Mr. James E. Murray,* for Appellant.

*Messrs. Maury, Templeman & Davies,* for Respondent.

———

No. 3,619.—STATE EX REL. FRANK HEYFRON, RELATOR, *v.* WILLIAM KEATING, STATE AUDITOR, RESPONDENT.

Original application for writ of mandate.

Decided January 22, 1915.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed, the controversy having been settled.

*Messrs. E. C. Day, L. O. Johnson* and *R. J. Anderson,* for Relator.